JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORENTHAL MASON,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED PARCEL SERV., INC.,<br><br>　　　　　　Defendant. | Case No. CV 14-0723 FMO (RZx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 3rd day of June, 2014.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　United States District Judge